UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES WASHINGTON,<br>      Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL MAURA HEALEY,<br>      Defendant. | )<br>)<br>)<br>)  Civil Action No. 20-11235-DJC<br>)<br>)<br>)<br>) |

## ORDER

**CASPER, J.**                                                                                                October 7, 2020

For the reasons stated below, this action is dismissed without prejudice.

On June, 26, 2020, Charles Washington filed his self-prepared complaint. D. 1. On June 30, 2020, Washington was ordered to either pay the filing fee or file a motion to proceed *in forma pauperis*. D. 3. The Order stated that failure of Washington to comply may result in the dismissal of this action. Id.

To date, Washington has not responded to the Court's order and the time to do so has expired. It is a long-established principle that this Court has the authority to dismiss an action sua sponte for a party's failure to prosecute his action and his failure to follow the Court's orders. Fed. R. Civ. P. 41(b). Here, dismissal is appropriate because without plaintiff's active participation, the Court cannot effect the advancement of the case to a resolution on the merits.

Accordingly, for the failure to comply with the June 30, 2020 Procedural Order, D. 3, this action is hereby dismissed without prejudice.

**SO ORDERED.**

                                                                /s Denise J. Casper
                                                                Denise J. Casper
                                                                United States District Judge